**Starley BASSETT, alias Stanley Bassett, Appellant, v. UNITED STATES of America, Appellee.**

No. 11261.

United States Court of Appeals Sixth Circuit.

Oct. 5, 1950.

Benjamin J. Safir, Detroit, Mich., for appellant.

Edward T. Kane, Joseph C. Murphy, Detroit, Mich., for appellee.

Before HICKS, Chief Judge, and MILLER, Circuit Judge.

PER CURIAM.

Pursuant to motion of Appellee to dismiss appeal and it appearing from letter of counsel for Appellant that the appeal has been abandoned. On consideration whereof it is now ordered that the appeal be and the same is docketed and dismissed.

**UNITED STATES of America, Appellant, v. Harry Patrick McCARTHY, Appellee.**

No. 4096.

United States Court of Appeals Tenth Circuit.

Oct. 18, 1950.

Hobart Brown, Tulsa, Okl., and Robert E. Shelton, Oklahoma City, Okla. (Whit Y. Mauzy and John S. Athens, Tulsa, Okl., on the brief), for appellant.

Irvine E. Ungerman, Tulsa, Okl. (Charles A. Whitebook, Kansas City, Mo., on the brief), for appellee.

Before BRATTON, HUXMAN and PICKETT, Circuit Judges.

PICKETT, Circuit Judge.

An information was filed against the appellee in the United States District Court for the Northern District of Oklahoma charging him with the crime of unlawfully importing and transporting intoxicating liquor from the states of Missouri and Kansas into the State of Oklahoma in violation of the Federal Liquor Enforcement Act of 1936, as amended, Title 18 U.S.C.A. § 1262. The trial court sustained a motion to dismiss the information upon the grounds that the Oklahoma statutes were not sufficient to make effective the aforesaid Act. This appeal followed.

The identical question was today decided by this court in the case of United States v. Bill Rome Williams and Ben Elmer Shaw, 10 Cir., 184 F.2d 663. For the reasons stated in the opinion filed in that case, judgment is affirmed.

**Elwin S. BENTLEY, E. Merritt Ashworth, Leroy P. Brownell, Petitioners-Appellants, v. COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.**

Nos. 43–45, Docket 21715–21717.

United States Court of Appeals Second Circuit.

Argued Oct. 11, 1950.

Decided Oct. 31, 1950.

Howe P. Cochran, Washington, D. C., for petitioners-appellants.

Helen L. Ashworth, pro se.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack and Harry Baum, Special Assts. to the Atty. Gen., for the respondent, Commissioner of Internal Revenue; Carlton Fox, Washington, D. C., Counsel.

Before AUGUSTUS N. HAND, CHASE and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of the Tax Court, 14 T.C. 228.